IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD GLOVER,

        Plaintiff,                      No. CIV S-08-1761 JAM KJM P

     vs.

KATHY PROSPER, et al.,

        Defendants.             <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff has informed the court that this action is duplicative of CIV-S-08-1635 KJM P. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

/////

/////

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: October 30, 2008.

4  _____
   U.S. MAGISTRATE JUDGE

6  1
   glov1761.dup